IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER W. ARNESON,<br><br>           Defendant. | **8:16CR192**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Jeffrey L. Thomas to withdraw as counsel for the defendant, Christopher W. Arneson (Filing No. 111). Oluseyi Oladipo Olowolafe has filed an entry of appearance as retained counsel for Christopher W. Arneson. Therefore, Jeffrey L. Thomas' motion to withdraw (Filing No. 111) will be granted.

Jeffrey L. Thomas shall forthwith provide Oluseyi Oladipo Olowolafe any discovery materials provided to the defendant by the government and any such other materials obtained by Jeffrey L. Thomas which are material to Christopher W. Arneson's defense.

The clerk shall provide a copy of this order to Oluseyi Oladipo Olowolafe.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge