IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>        vs.<br><br>CHRISTOPHER W. ARNESON,<br>                        Defendant. | **8:16CR192**<br><br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Reconsider Detention (Filing No. 113). A telephone conference was held regarding this matter on April 17, 2023. Having considered the matter, and the motion being unopposed,

**IT IS HEREBY ORDERED:**

1.  Defendant's Motion to Reconsider Detention (Filing No. 113) is granted.
2.  Defendant shall be released to the custody of the Lancaster County Sheriff to serve his court-ordered sentence.
3.  Once Defendant has completed his court-ordered sentence with Lancaster County, he shall be remanded to the custody of the Gage County Sheriff to address his probation violation.
4.  Once the Gage County matter is resolved, the United States Marshal shall be notified, and Defendant shall be returned to federal custody.

Dated this 18th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge